**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| PARADIGM MARINE, LLC, a Florida limited liability company, <br><br> *Plaintiff*, <br><br> vs. <br><br> PACIFIC PILE & MARINE, L.P., a Delaware limited partnership, <br><br> *Defendant*. | **IN ADMIRALTY** <br><br> No.: <br><br> **BAREBOAT CHARTER— COMPLAINT IN PERSONAM FOR DAMAGES.** |

NOW COMES Plaintiff, Paradigm Marine, LLC, who avers the following:

## NATURE OF ACTION

1. This case involves a bareboat charter party dispute. Plaintiff vessel owner asserts that Defendant charterer breached its charter party by failing to return Plaintiff's barges to their pre-delivery condition. As a result, Plaintiff seeks to recover outstanding repair costs in addition to damages sustained both during and after the period of charter hire directly related to Defendant's breach.

COMPLAINT IN PERSONAM FOR DAMAGES
*PARADIGM MARINE LLC* V. *PACIFIC PILE & MARINE LP*
CASE NO.:

INTERNATIONAL MARITIME GROUP | PLLC
601 UNION STREET | SUITE 4200
SEATTLE, WASHINGTON 98101
TELEPHONE (206) 992 - 0710

Page **1** of **6**

**JURISDICTION AND VENUE**

2. Jurisdiction is proper before this Honorable Court pursuant to 9(h) of the Federal Rules of Civil Procedure, 28 U.S.C. §1333 and General Maritime law. Venue is proper pursuant to 28 U.S.C. §1391.

**PARTIES**

3. Plaintiff, Paradigm Marine, LLC, is a limited liability company organized under the laws of Florida with its principal place of business in Ft. Lauderdale, Florida. Paradigm Marine charters its vessels for use in the tug and barge industry as well as the offshore construction industry.

4. Defendant, Pacific Pile & Marine, L.P., is a limited partnership organized under the laws of Delaware with its principal place of business Seattle, Washington. Pacific Pile & Marine is engaged in the business of offshore construction and occasionally charters vessels and barges for that purpose.

**FACTUAL BACKGROUND**

5. The barges involved in this case are the 160-4 and the 180-2. The 160-4 barge is 160 feet long and 46 feet wide. The 160-4 is a fuel tanker/deck barge formerly classed by the American Bureau of Shipping ("ABS") which Paradigm Marine reconfigured to serve as a commercial deck and utility cargo barge. Alaska Marine Surveyors, Inc. conducted an on-hire condition survey for the 160-4 on or about September 17, 2013. Similarly, the 180-2 measures 180 feet in length by 54 feet in width. Originally built by Oilfield Barges, Inc. as a deck barge, the 180-2 was later converted to a tank barge, but Paradigm Marine converted the 180-2 back to its original configuration as a deck barge. The 180-2 is classified and approved by ABS for ocean going services, and is subject to inspection and certification by the U.S. Coast Guard.

COMPLAINT IN PERSONAM FOR DAMAGES
*PARADIGM MARINE LLC v. PACIFIC PILE & MARINE LP*
CASE NO.:

INTERNATIONAL MARITIME GROUP | PLLC
601 UNION STREET | SUITE 4200
SEATTLE, WASHINGTON 98101
TELEPHONE (206) 992 - 0710

Page **2** of **6**

Alaska Marine Surveyors, Inc. conducted an on-hire condition survey for the 180-2 on or about August 1, 2014.

6. On July 22, 2013, Paradigm Marine leased both the 160-4 and the 180-2 to Pacific Pile & Marine through two separate but identical Bare Vessel Charter Agreements (hereinafter the "Agreements"). Pursuant to the Agreements, the charter period for the barges was set at 120 days and the rate of hire at $1,250.00 per day per barge. Subsequently, on or about July 17, 2014, Paradigm Marine and Pacific Pile & Marine entered into a third Agreement, which, *inter alia*, extended the terms of the original Agreements for 45 days. Copies of all three Bare Vessel Charter Agreements are annexed hereto as Exhibit A.

7. Pursuant to the terms of the Agreements, Pacific Pile & Marine agreed to assume all risk of damage or loss associated with the barges during the charter period, to never ground the barges, and to pay for such incidentals as port charges and overtime of the crew. Pacific Pile & Marine also agreed to redeliver the barges to Paradigm Marine in the same good order and sound and seaworthy condition as the barges were upon delivery, ordinary wear and tear excepted. Importantly, if Pacific Pile & Marine damaged the barges during the scope of the charter period, Pacific Pile & Marine agreed to pay the barges' charter hire until they were repaired and returned to service.

8. On or about August 26, 2013, Paradigm Marine delivered the 160-4 and the 180-2 to Pacific Pile & Marine in Kodiak, Alaska. In both cases, Paradigm Marine delivered the barges to Pacific Pile & Marine in a staunch, tight and strong condition, and in all respects seaworthy and fit for their intended use.

9. Pacific Pile & Marine accepted the barges as suitable under the terms of the Agreements and dispatched the barges to the City of Port Lions, Alaska to assist with the

COMPLAINT IN PERSONAM FOR DAMAGES
*PARADIGM MARINE LLC* V. *PACIFIC PILE & MARINE LP*
CASE NO.:

INTERNATIONAL MARITIME GROUP | PLLC
601 UNION STREET | SUITE 4200
SEATTLE, WASHINGTON 98101
TELEPHONE (206) 992 - 0710

Page **3** of **6**

construction of a new city dock and a ferry terminal.  Subsequently, Pacific Pile & Marine used the barges to transport rock from Near Island and Granite Cove to Pier 3 in Kodiak, Alaska for an additional project.  During the course of those operations, however, Pacific Pile & Marine severely damaged both barges.

10. Pacific Pile & Marine redelivered the 160-4 and the 180-2 to Paradigm Marine on or about September 28, 2014, and October 5, 2014, respectfully.  Subsequent off-hire surveys were conducted at the behest of Paradigm Marine, Pacific Pile & Marine, and Pacific Pile & Marine's insurance underwriter, Travelers Casualty and Survey Company of America, in order to assess the physical damage to the barges.  In one post-charter survey conducted on the 180-2, the surveyor noted that the "[D]amage is lease related and is significant beyond wear and tear…."[1] Similarly, in a post-charter survey conducted on the 160-4, the surveyor noted "[T]he wood plank rails on the port and starboard side of the barge were found split or torn from the uprights… the lip edge of the wear deck was found distorted and torn on the port side… the port side perimeter of the barge approximately amidships was found set down heavy… the port void no. 1 was found to have cracking at [its] longitudinals."[2]

11. Pacific Pile & Marine violated the terms of the Agreements by damaging the barges and subsequently failing to deliver them in the same good order and condition as they were upon delivery.  Paradigm Marine has sustained significant economic damage in restoring its barges to the same good, sound, and seaworthy conditions as when the barges were originally delivered to Pacific Pile & Marine.  Those damages, including costs of repairs, loss of use of the barges while undergoing repairs, incidental expenses, etc., amounts to $761,574.99 as nearly as can be estimated at this time.  The parties have been in communication with each other through their

---

[1] *See* Alaska Marine Surveyors, Inc. 180-2 "Off Hire" Condition Survey; March 12, 2015; Page 1 of 2.
[2] *See* 160-4 GSS 318454 Field Survey Document; November 14, 2015; Page 1 of 5.

COMPLAINT IN PERSONAM FOR DAMAGES
*PARADIGM MARINE LLC* V. *PACIFIC PILE & MARINE LP*
CASE NO.:

INTERNATIONAL MARITIME GROUP | PLLC
601 UNION STREET | SUITE 4200
SEATTLE, WASHINGTON 98101
TELEPHONE (206) 992 - 0710

attorneys and have attempted to settle their differences.  However, despite an amicable demand, Pacific Pile & Marine refuses to pay the above amount.

## CAUSE OF ACTION

12. Plaintiff Paradigm Marine incorporates into this paragraph the allegations set forth in paragraphs 1 - 11 as if they were set forth in full in this paragraph.

13. Plaintiff Paradigm Marine performed all conditions, duties, and obligations imposed upon it by the Bare Vessel Charter Agreements.

14. Defendant Pacific Pile & Marine breached the Agreements by failing to assume all risk of damage or loss associated with the barges during the charter period; by failing to return the barges to the same condition as they were in prior to delivery; and for failing to pay the damaged barges' charter hire and other operating costs pursuant to its contractual obligations under the Bare Vessel Charter Agreements.  Therefore, as a result Pacific Pile & Marine's breach of contract, Paradigm Marine seeks judgment as prayed for below.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Paradigm Marine prays for judgment as follows:

1. Award for any unpaid repair costs associated with the damaged barges;

2. Award for loss of charter hire;

3. Award for attorneys' fees and costs;

4. Award for prejudgment interest;

5. Award for general damages;

6. Grant such other further relief as this Honorable Court may deem just and proper.

Dated this 7th day of August, 2015.

COMPLAINT IN PERSONAM FOR DAMAGES
*PARADIGM MARINE LLC* v. *PACIFIC PILE & MARINE LP*
CASE NO.:

INTERNATIONAL MARITIME GROUP | PLLC
601 UNION STREET | SUITE 4200
SEATTLE, WASHINGTON 98101
TELEPHONE (206) 992 - 0710

1

2         Respectfully submitted,

3         INTERNATIONAL MARITIME GROUP, PLLC

4

5          /S/ R. ISAAK HURST

6         R. ISAAK HURST, ESQ. (WSBA #43679)
          601 UNION STREET, SUITE 4200
7         SEATTLE, WA 98101
          206.992.0710 (OFFICE) | 206.707.8338 (FAX)
8         ISAAK.HURST@INTERNATIONALMARITIME.NET
          ATTORNEY FOR PLAINTIFF
9         PARADIGM MARINE, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24